UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KEVIN DOBBS,

    Plaintiff,

vs.                    Case No. 2:11-cv-718-FtM-29DNF

MICHAEL J. ASTRUE, Commissioner of
Social Security,

    Defendant.
_____

**OPINION AND ORDER**

This matter is before the Court on consideration of Magistrate Judge Douglas N. Frazier's Report and Recommendation (Doc. #25), filed on January 10, 2013, recommending that the Commissioner's decision to deny social security disability benefits be reversed and remanded with instructions to the Commissioner to consider all of plaintiff's impairments. No objections have been filed, and the time to do so has expired.

The Court reviews the Commissioner's decision to determine if it is supported by substantial evidence and based upon proper legal standards. Crawford v. Comm'r of Soc. Sec., 363 F.3d 1155, 1158 (11th Cir. 2004). Substantial evidence is more than a scintilla but less than a preponderance, and is such relevant evidence as a reasonable person would accept as adequate to support a conclusion. Moore v. Barnhart, 405 F.3d 1208, 1211 (11th Cir. 2005); Crawford, 363 F.3d at 1158. Even if the evidence preponderates against the

Commissioner's findings, the Court must affirm if the decision reached is supported by substantial evidence. Id., 363 F.3d at 1158-59.  The Court does not decide facts anew, make credibility judgments, reweigh the evidence, or substitute its judgment for that of the Commissioner.  Moore, 405 F.3d at 1211; Dyer v. Barnhart, 395 F.3d 1206, 1210 (11th Cir. 2005).  The magistrate judge, district judge and appellate judges all apply the same legal standards to the review of the Commissioner's decision.  Dyer, 395 F.3d at 1210; Shinn v. Comm'r of Soc. Sec., 391 F.3d 1276, 1282 (11th Cir. 2004); Phillips v. Barnhart, 357 F.3d 1232, 1240 n.8 (11th Cir. 2004).

The Report and Recommendation finds that the ALJ erred in failing to consider and make findings regarding medical evidence related to plaintiff's chronic hand problems and failing to incorporate any manipulative limitations in the assessment of plaintiff's residual functional capacity.  After an independent review, the Court agrees with the findings and recommendations in the Report and Recommendation.

Accordingly, it is now

**ORDERED**:

1.  The Report and Recommendation (Doc. #25) is **accepted and adopted** by the Court.

2.  The Decision of the Commissioner of Social Security is **reversed** and the matter is **remanded** to the Commissioner of Social

Security pursuant to sentence four of 42 U.S.C. § 405(g) so that the Commissioner can consider and make findings regarding medical evidence related to plaintiff's chronic hand problems, incorporate any manipulative limitations in the assessment of plaintiff's residual functional capacity, and take any further steps necessary to properly adjudicate the matter.

    3. The Clerk of the Court shall enter judgment accordingly and close the file.

    **DONE AND ORDERED** at Fort Myers, Florida, this __4th__ day of February, 2013.

                                            JOHN E. STEELE
                                            United States District Judge

Copies:

Hon. Douglas N. Frazier
U.S. Magistrate Judge

Counsel of Record